

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,506-03

### IN RE TADAREOUS JACKSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. W09-53871-L(A) AND W09-53872-L(A)
### IN THE CRIMINAL DISTRICT COURT NO. 5
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed two applications for writs of habeas corpus in the Criminal District Court No. 5 of Dallas County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court. Relator contends that the district court entered an order designating issues in each case on February 28, 2014.

Respondent, the Judge of the Criminal District Court No. 5 of Dallas County, shall file a response with this Court by having the District Clerk submit the records on such habeas corpus applications. In the alternative, Respondent may resolve the issues set out in the order designating

issues and then have the District Clerk submit the record on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted the appropriate response.

Filed: November 19, 2014
Do not publish